Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE, <br><br> Plaintiffs, <br><br> vs. <br><br> VETRO BUILDING ENVELOPE, LLC, a Maryland limited liability company; JEFFREY A. JENNINGS, an individual; ARTHUR L. BURKINDINE, JR., an individual; DONALD W. TAYLOR, III, an individual; DOES & ROES I-X, <br><br> Defendants. | Case No.: 2:25-cv-00337-RSL <br><br> **STIPULATED MOTION TO STAY CASE** |

The Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* ("Plaintiffs"), acting by and through their counsel, Christensen James & Martin, and Defendants Vetro Building Envelope, LLC, Arthur L. Burkindine, Jr., and Donald W. Taylor, III ("Defendants"), acting by and through their counsel, Blank Rome, hereby stipulate as follows:

STIPULATED MOTION TO STAY CASE
(2:25-cv-00337-RSL)
Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

1. The Plaintiffs filed their Complaint in this matter on February 21, 2025, wherein they allege the right as employee benefit trust funds governed by the Employee Retirement Income Security Act ("ERISA") to review the employment, payroll, and contract records of Defendant Vetro Building Envelope, LLC ("Vetro"), to ensure compliance with the terms and conditions of applicable collective bargaining agreements and trust agreements. Such a payroll compliance review is commonly called an "Audit."

2. Defendant Vetro acknowledges that it was served with the Summons and Complaint in this matter on March 6, 2025.

3. Defendant Arthur L. Burkindine acknowledges that he was served with the Summons and Complaint in this matter on March 6, 2025.

4. Defendant Donald W. Taylor, III, acknowledges that he was served with the Summons and Complaint in this matter on March 12, 2025.

5. Defendants agree that within two (2) weeks of the date of this Stipulation they will provide Plaintiffs' Auditor, Berry & Co. CPAs ("Auditor"), with the following records for the time period of August 1, 2023 through December 31, 2024 ("Audit Period") by uploading the same to the Auditor's secure electronic portal:

   a. Annual payroll records showing all employees, including details on hours worked and paid delineated as follows: Regular, overtime, double time, holiday, sick time, and all other non-worked hours. Monthly payroll records may also be requested by the Auditor, and will be provided by Vetro, if necessary after the Auditor's review of the annual payroll records.

   b. Federal annual earnings reports: Form W-2, W-3, 1099, and 1096.

   c. State quarterly contribution and wage reports submitted to state agencies for purposes of state unemployment insurance and/or worker's compensation insurance, including all pages showing employees and gross earnings.

   d. Roster of all employees including job title/duties, wage rate/salary, hire and term dates.

**STIPULATED MOTION TO STAY CASE**
(2:25-cv-00337-RSL)
Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

e. Jobsite listing, including name of job, city, state, and county, if possible, broken down by year, with start and end dates, general contractors, if any, and subcontractors, if any.

f. List of subcontractors, if any, including information describing work performed and copies of subcontract agreements.

g. Monthly fringe benefit contribution remittance reports submitted to the Plaintiffs or any other employee benefit plan.

h. General ledger and cash disbursement records with backup documentation such as invoices on an as needed basis.

i. A copy of a completed Management Representation Letter on company letterhead, executed by the individual most qualified for Vetro to make the assertions listed, and accompanying forms.

6. The Defendants will further cooperate with any other reasonable request by the Auditor for additional records that the Auditor deems necessary to complete the Audit for the Audit Period.

7. This Stipulation to allow the Audit is made to avoid protracted litigation with accompanying costs and is not an admission of liability, waiver of defenses, or modification of any collective bargaining agreement or trust agreement on the part of any party.

8. The parties agree that the deadline for Defendants to file an answer or responsive pleading and all other case deadlines shall be stayed and/or extended for ninety (90) days from the date of entry of Order on this Stipulation to allow time for the Audit to be completed.

9. Two weeks prior to the expiration of the stay, the parties will file a joint status report to update the Court on the status of the Audit and how the parties intend to proceed.

///

///

///

///

**STIPULATED MOTION TO STAY CASE**
(2:25-cv-00337-RSL)
Page 3

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

10. The stay does not apply to any motions that may be brought related to compliance with this Stipulation.

DATED this 7th day of April, 2025.

CHRISTENSEN JAMES & MARTIN

By: */s/ Wesley J. Smith*
    Wesley J. Smith, Esq.
    WSBA # 51934
    7440 W. Sahara Ave.
    Las Vegas, NV 89117
    P. (702) 255-1718/F. (702) 255-0871
    Email: wes@cjmlv.com
    *Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

DATED this 7th day of April, 2025.

BLANK ROME LLP

By: */s/ Joseph M. Welch*
    Joseph M. Welch, Esq.
    WSBA # 56521
    4 Park Plaza, Suite 450
    Irvine, CA 92614
    P. (949) 812-6000/F. (949) 812-6001
    Email: joseph.welch@blankrome.com
    *Counsel for Defendants Vetro Building Envelope, LLC, Arthur L. Burkindine, Jr., and Donald W. Taylor, III*

## **ORDER**

Good Cause Appearing, Defendants shall submit to and cooperate with the Audit in accordance with the foregoing Stipulation, and this Case and all deadlines shall be extended and stayed for a period of ninety (90) days in accordance with the Stipulation. All other provisions of the Stipulation are also approved and Ordered.

DATED this 10th day of April, 2025.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:
CHRISTENSEN JAMES & MARTIN
By: */s/ Wesley J. Smith*
    Wesley J. Smith, Esq.
    WSBA # 51934
    7440 W. Sahara Ave.
    Las Vegas, NV 89117
    P. (702) 255-1718
    Email: wes@cjmlv.com
    *Counsel for Plaintiffs*

**STIPULATED MOTION TO STAY CASE**
(2:25-cv-00337-RSL)
Page 4

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs