**HONORABLE ROBERT S. LASNIK**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN GLAZIERS RETIREMENT FUND; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>VETRO BUILDING ENVELOPE, LLC, a Maryland limited liability company; JEFFREY A. JENNINGS, an individual; ARTHUR L. BURKINDINE, JR., an individual; DONALD W. TAYLOR, III, an individual; DOES & ROES I-X,<br><br>Defendants. | CASE NO.: 2:25-cv-00337-RSL<br><br>**ORDER FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

Plaintiffs, Board of Trustees of the Employee Painters' Trust, *et al.* ("Plaintiffs" or "Trusts"), by and through their counsel of record, Christensen James & Martin, have moved the Court for a 90-day extension of time to serve Defendant Jeffrey A. Jennings with the Summons and Complaint.

Order for Extension of Time to Serve Summons and Complaint
Case No. 2:25-cv-00337-RSL

Page | 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs

Having reviewed the Motion for Extension of Time to Serve Summons and Complaint, and the Declaration of Wesley J. Smith, and with good cause appearing, the Court ORDERS:

1. An extension of ninety (90) days for Plaintiffs to serve Defendant Jeffrey A. Jennings with the Summons and Complaint from the current deadline of May 22, 2025.

2. The Plaintiffs shall have until August 20, 2025, to serve the Summons and Complaint on Defendant Jeffrey A. Jennings pursuant to Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: April 11, 2025

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED BY:
CHRISTENSEN JAMES & MARTIN, CHTD.

By: /s/ Wesley J. Smith
Wesley J. Smith, Esq. (WSBA # 51934)
7440 W. Sahara Ave.
Las Vegas, NV 89117
P. (702) 255-1718 / F. (702) 255-0871
wes@cjmlv.com
*Counsel for Plaintiffs Board of Trustees of the Employee Painters' Trust, et al.*

Order for Extension of Time to Serve Summons and Complaint
Case No. 2:25-cv-00337-RSL

Page | 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
(702) 255-1718 / wes@cjmlv.com
Counsel for the Plaintiffs